# Connell Foley LLP
### ATTORNEYS AT LAW

85 Livingston Avenue
Roseland, NJ 07068-3702
(973) 535-0500
Fax: (973) 535-9217

**Other Offices**

Harborside Financial Center
2510 Plaza Five
Jersey City, NJ 07311
(201) 521-1000
Fax: (201) 521-0100

888 Seventh Avenue
9th Floor
New York, NY 10106
(212) 307-3700
Fax: (212) 262-0050

1500 Market Street
12th Floor,
East Tower
Philadelphia, PA 19102
(215) 246-3403
Fax: (215) 665-5727

Liberty View
457 Haddonfield
Road, Suite 230
Cherry Hill, NJ 08002
(856) 317-7100
Fax: (856) 317-7117

The Atrium, Suite E
309 Morris Avenue
Spring Lake, NJ 07762
(732) 449-1440
Fax: (732)449-0934

John A. Pindar (1969)
George W. Connell (2005)
Adrian M. Foley, Jr.
George J. Kenny*
Kenneth F. Kunzman
Samuel D. Lord
Richard D. Catenacci
Richard J. Badolato*
Peter D. Manahan
John B. Murray
Mark L. Fleder
Kevin J. Coakley
Thomas S. Cosma
Kathleen S. Murphy
Patrick J. McAuley
Peter J. Pizzi*+
Kevin R. Gardner
Robert E. Ryan
Michael X. McBride*
Jeffrey W. Moryan
Edward S. Wardell
Peter J. Smith*
William P. Krauss
Brian G. Steller
Philip F. McGovern, Jr.
Karen Painter Randall
Liza M. Walsh
John P. Lacey
Michael J. Crowley-
Timothy E. Corriston*

Patrick J. Hughes*+
James C. McCann*
John D. Cromie
Angela A. Iuso*
William T. McGloin*
Brendan Judge
Stephen A. Urban
Charles J. Harrington III+
Stephen V. Falanga*
Tricia O'Reilly*
Anthony F. Vitiello*+
Marc D. Haefner
Jonathan P. McHenry
Brad D. Shalit*
M. Trevor Lyons*
Craig S. Demareski*
W. Nevins McCann*
Thomas J. O'Leary*
Mitchell W. Taraschi
Michael A. Shadiack
Owen C. McCarthy*
Patricia A. Lee*+
Agnieszka Antonian*
Christopher J. Tucci+
Neil V. Mody*
Steve Barnett*
Thomas M. Scuderi*
Joseph M. Murphy*
Nancy A. Skidmore*
Christine S. Orlando

*Also Admitted in New York
+Also Admitted in Pennsylvania
-Only Admitted in New York
Please Reply to Roseland, NJ

**Counsel**

John W. Bissell
Eugene J. Codey, Jr.
Francis J. Orlando
Francis E. Schiller*
Eugene P. Squeo*
Noel D. Humphreys*
Anthony Romano II*

Douglas J. Short*
James M. Merendino
Michele T. Tantalla*
Hector D. Ruiz*
Robert A. Verdibello*
Jennifer C. Critchley*
Patrick S. Brannigan*
Christine I. Gannon*
Philip W. Allogramento III*
Laurie B. Kachonick*
Andrew C. Sayles*
Stephen D. Kessler
Christopher Abatemarco*
Anthony J. Corino*
William D. Deveau*
Meghan Barrett Burke*
Rukhsanah L. Lighari*
Brittany E. Miano*
Stacie L. Powers*
Nicole B. Dory*
Michael Bojbasa-
  Ekta B. Patel+
Christopher M. Hemrick*
Susan Kwiatkowski*
Monica Seth*

Karin I. Spalding*
Jodi Anne Hudson*
Richard A. Jagen
Jason E. Marx*
Alexis E. Lazzara
Daniel B. Kessler

Melissa D. Lopez
Andrew L. Baron*
Jason D. Falk*
Michael J. Shortt+
Joanna S. Rich*
Victoria N. Manoushagian-
Patrick J. Murphy, III
Meghan K. Musso
Brendan W. Carroll*
Edmund J. Caulfield*
Sydney J. Darling*
Jessica L. Palmer
Neil V. Shah*
Stephen R. Turano*
Tara L. Touloumis*
Steven A. Kroll*
Robert M. DiPisa*
Matthew A. Baker+
Michael J. Creegan*
Thomas M. Blewitt, Jr.+
Brian S. Wolfson
Sonya B. Cole*
Mary F. Hurley
Danielle M. Novak+
James E. Figliozzi-

Writer's Direct Dial: 973-597-3168
Writer's Email Address: CGannon@connellfoley.com

June 15, 2012

**VIA ECF AND REGULAR MAIL**
Hon. Mary L. Cooper, U.S.D.J.
United States District Court
402 East State Street
Trenton, New Jersey 08608

> Re:   *Bristol-Myers Squibb Company v. Apotex, Inc. and Apotex Corp.*
>        Civil Action No. 10-5810 (MLC/LHG)

Dear Judge Cooper:

This firm, together with Kaye Scholer LLP, represents Plaintiff Bristol-Myers Squibb Company ("BMS") in the above matter. It has come to our attention that the Declaration of Jerry Atwood in Support of BMS's Opening Claim Construction filed on May 4, 2012, at DE No. 62-1, was inadvertently filed without attaching the referenced Exhibit J. To correct this inadvertent omission, and with the consent of Defendants, the Declaration of Jerry Atwood with the aforementioned missing Exhibit J has been re-filed.

We thank the Court for its consideration and request that the Court discard the courtesy copy of the Declaration of Jerry Atwood submitted to Chambers on May 4, 2012, and replace it with the enclosed courtesy copy of the complete Declaration of Jerry Atwood with all referenced Exhibits.

> Respectfully submitted,
>
> *s/ Christine I Gannon*
>
> Christine I. Gannon

cc:   Hon. Lois H. Goodman, U.S.M.J. (via Regular Mail)
       All counsel of record (via Email)

2725005-01