```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                      MINUTES OF PROCEEDINGS
```

**OFFICE:   TRENTON**                              **DATE: April 26, 2013**
**JUDGE MARY L. COOPER**
**COURT REPORTER: Regina Tell**


**TITLE OF CASE:**                                  **CIVIL10-5810 (MLC)**


BRISTOL-MYERS SQUIBB COMPANY
V.
APOTEX, INC.


**APPEARANCES:**

Christine Gannon, Esq., Leora Ben-Ami, Esq., Jeanna Wacker, Esq.
     and Liza Walsh, Esq., for plaintiff
Arnold Calmann, Esq. and Deanne Mazzochi, Esq., for defendant


**NATURE OF PROCEEDINGS:**

Telephone status conference held re: [119] appeal of magistrate
judge decision by defendant re: [118] Order.
In person conference in chambers set for 5/6/13 at 10:00am.
Oral argument set for 5/29/13 at 10:00am.


**TIME COMMENCED: 4:30pm**
**TIME ADJOURNED: 5:10pm**
**TOTAL TIME: 40 minutes**

                                        **s/Elizabeth Heffner**
                                        **Deputy Clerk**