...

Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
Geri Albin (gla@saiber.com)
**SAIBER LLC**
One Gateway Center, 10th Floor
Newark, NJ 07102-5311
(973) 622-3333 (telephone)
(973) 622-3349 (facsimile)

William A. Rakoczy (wrakoczy@rmmslegal.com)
Deanne Mazzochi (dmazzochi@rmmslegal.com)
Tara M. Raghavan (tragahvan@rmmslegal.com)
Peter J. Curtin (pcurtin@rmmslegal.com)
**RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
6 West Hubbard Street, Suite 500
Chicago, IL 60654
(312) 222-6301 (telephone)
(312) 222-6321 (facsimile)

Attorneys for Defendants/Counterclaim-Plaintiffs
Apotex Inc. and Apotex Corp.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY, <br><br>Plaintiff/Counterclaim-Defendant, <br><br>v. <br><br>APOTEX INC. and APOTEX CORP., <br><br>Defendants/Counterclaim-Plaintiffs. | Civil Action No. 3:10-cv-05810 (MLC) (LHG) <br><br>(consolidated with Civil Action No. 3:11-cv-6918 (MLC) (LHG)) <br><br>**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT THAT PLAINTIFF LACKS A RECOVERABLE REMEDY FOR ITS INFRINGEMENT COUNTS AS TO U.S. PATENT NO. 7,491,725** <br><br>*DOCUMENT ELECTRONICALLY FILED* |

**TO:   ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that pursuant to the Amended Scheduling Order [ECF No. 185], on the **27th** day of **August, 2013**, Defendants/Counterclaim-Plaintiffs Apotex, Inc. and

Apotex Corp. (collectively, "Defendants") will appear before the Honorable Mary L. Cooper, United States District Judge, sitting at the U.S. District Court for the District of New Jersey, Clarkson S. Fisher Federal Building & Courthouse, 402 East State Street, Trenton, New Jersey 08608, and will move this Court pursuant to Federal Rule of Civil Procedure 56 and L. Civ. R. 56.1 for an Order entering judgment that Plaintiff Lacks a Recoverable Remedy for Its Infringement Counts As To U.S. Patent No. 7,491,725.

**PLEASE TAKE FURTHER NOTICE THAT** in support of this motion, Defendants shall rely upon the accompanying Brief, Defendants' Local Civil Rule 56.1 Statement of Material Facts Not in Dispute in Support of Their Motion for Summary Judgment that Plaintiff Lacks a Recoverable Remedy for its Infringement Counts As To U.S. Patent No. 7,491,725, the Declaration of Tara M. Raghavan with exhibit(s) thereto submitted concurrently herewith, any Reply papers submitted, and oral argument, if any.  A proposed form of Order is also submitted for the Court's consideration.

    Respectfully submitted,

    **SAIBER LLC**
    Attorneys for Defendants
    Apotex Inc. and Apotex Corp.

    /s Arnold B. Calmann
    Arnold B. Calmann (abc@saiber.com)
    Jeffrey Soos (js@saiber.com)
    Geri Albin (gla@saiber.com)
    One Gateway Center, Suite 1000
    Newark, New Jersey 07102-5311
    (973) 622-3333 (telephone)
    (973) 622-3349 (facsimile)

3

          William A. Rakoczy
          (wrakoczy@rmmslegal.com)
          Deanne Mazzochi
          (dmazzochi@rmmslegal.com)
          Tara M. Raghavan
          (traghavan@rmmslegal.com)
          Peter J. Curtin (pcurtin@rmmslegal.com)
          **RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
          6 West Hubbard Street, Suite 500
          Chicago, Illinois 60654
          (312) 222-6301 (telephone)
          (312) 222-6321 (facsimile)